IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-456-FL-KS

| | |
|---|---|
| WILLIAM BARTOSH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| PROGRESSIVE RAIL, INC., ) | |
| PIEDMONT AND NORTHERN ) | |
| RAILROAD, LLC and LON VAN ) | |
| GEMERT, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's motion to compel discovery pursuant to Fed. R. Civ. P. 34 and 37. Defendants have responded in opposition, and a hearing was held on Plaintiff's motion on April 30, 2024. For the reasons stated in open court, Plaintiff's motion to compel [DE #29] is GRANTED as to Requests for Production 5 and 8 and DENIED as to Request for Production 17 and the anticipatory request for documents related to Defendants' net worth. Defendants shall have until **May 15, 2024**, to produce information responsive to Requests for Production 5 and 8.

This 30th day of April 2024.

*/s/ Kimberly A. Swank*
KIMBERLY A. SWANK
United States Magistrate Judge